UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    §
WERBA, MICHAEL S.    §    Case No. 15-30248
    §
WERBA, KIMBERLY S.    §
    §
    Debtors(s)    §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/03/2015. The undersigned trustee was appointed on 09/03/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 125,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 53,731.64 |
| Bank Service Fees | | 125.72 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 15,000.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 56,142.64 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/04/2016 and the deadline for filing governmental claims was 03/01/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

     7. The Trustee's proposed distribution is attached as **Exhibit D.**

     8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $8,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $8,750.00, for a total compensation of $8,750.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $9.00 for total expenses of $9.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :   06/01/2017                           By :   /s/ Elizabeth Berg
                                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) Page 2

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-30248 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WERBA, MICHAEL S. | | | Date Filed (f) or Converted (c): | 09/03/2015 (f) |
| | WERBA, KIMBERLY S. | | | 341(a) Meeting Date: | 09/28/2015 |
| For Period Ending: | 06/01/2017 | | | Claims Bar Date: | 01/04/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Single family residence 1690 Montclair Drive Elgin | 270,000.00 | 0.00 | OA | 0.00 | FA |
| 2. First American Bank (business checking) | 700.00 | 0.00 | | 0.00 | FA |
| 3. First American Bank (personal checking) | 300.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 200.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 6. Fidelity 401k (rollover) | 40,049.05 | 0.00 | | 0.00 | FA |
| 7. Fidelity - Cadence Health Matched Savings Plan | 39,220.49 | 0.00 | | 0.00 | FA |
| 8. Fidelity Cadence Health Retirement Plan | 4,942.00 | 0.00 | | 0.00 | FA |
| 9. MW Trucking Enterprise, Inc. (100% of shares) | 500.00 | 0.00 | | 0.00 | FA |
| 10. PI Claim | Unknown | 110,000.00 | | 125,000.00 | FA |
| 11. Worker's comp claim | Unknown | 0.00 | | 0.00 | FA |
| 12. 2011 Hyundai Sonata | 9,100.00 | 0.00 | | 0.00 | FA |
| 13. 2000 Acura TL | 2,100.00 | 0.00 | | 0.00 | FA |
| 14. 2004 Honda Pilot | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. 24' straight truck - Freightliner | 15,000.00 | 0.00 | | 0.00 | FA |
| 16. Two International 24' straight truck One Freightli | 85,000.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) (Page 1)                                             Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 15-30248 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: WERBA, MICHAEL S. | | Date Filed (f) or Converted (c): 09/03/2015 (f) |
| WERBA, KIMBERLY S. | | 341(a) Meeting Date: 09/28/2015 |
| For Period Ending: 06/01/2017 | | Claims Bar Date: 01/04/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| TOTALS (Excluding Unknown Values) | 469,511.54 | 110,000.00 | | 125,000.00 | 0.00 |

Re Prop. #1   Trustee compelled to abandon per order 3/10/17 [dkt 39]
Re Prop. #10   Kimberly Werba vs Bayer Healthcare LLC 2015 CV 04930 (personal injury).  Pursuant to this Court's order dated 2/24/17 [dkt 36], Trustee settled the PI claim.
(Trustee did not initially list an estimated trustee value because this asset was subject to a lawsuit and trustee believed listing an estimated value could adversely effect or otherwise impact the litigation).
Re Prop. #11   Kimberly Werba vs Cadence Hospital 13 WC 022921 (workers' comp)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 31, 2017:  Trustee did not believe that Mr. Werba's claimed exemption in the PI Case was valid and notified Debtors' counsel regarding same.  On February 7, 2017, Debtors amended their exemptions to remove Mr. Werba's claimed exemption in the PI Case.  Trustee settled the PI Case and was authorized to pay Mrs. Werba's allowed exemption as well as co-special counsel fees and expenses pursuant to this Court's order dated 2/27/17 [dkt 36].  Trustee reviewed the claims filed against the Estate and resolved all claims issues without the need for any formal claim objections.  Trustee consulted with an accountant to confirm the Estate was not obligated to file a tax return.  Trustee prepared her TFR.

October 6, 2016:  Trustee continues to monitor PI Case.  A court ordered settlement conference is scheduled for 10/12/16.

July 5, 2016:  Trustee continues to monitor PI Case.

January 26, 2016: Trustee retained special counsel and added herself as additional plaintiff in order

September 30, 2015: Debtor filed case in federal court for damages as a result of personal injuries ("PI Case")  upon Trustee's investigation, the PI Case is of value to the Estate.  Trustee is retaining special counsel to represent the Estate's interest in the PI Case.  Trustee is also investigating the Debtor's financial affairs and assets to identify other potential assets of value the claims bar date has been fixed as January 4, 2016.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 15-30248 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: WERBA, MICHAEL S. | | Date Filed (f) or Converted (c): 09/03/2015 (f) |
| WERBA, KIMBERLY S. | | 341(a) Meeting Date: 09/28/2015 |
| For Period Ending: 06/01/2017 | | Claims Bar Date: 01/04/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR):** 12/31/2017     **Current Projected Date of Final Report(TFR):** 12/31/2017

**Trustee's Signature**   /s/Elizabeth C Berg     **Date:** 06/01/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-30248 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | WERBA, MICHAEL S. | | Bank Name: | Texas Capital Bank |
| | WERBA, KIMBERLY S. | | Account Number/CD#: | ******5252 Checking Account |
| Taxpayer ID No: | **-***3695 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/1/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/21/2017 | [10] | Medmarc Casualty Insurance Co.<br>14280 Park Meadows Drive, Ste. 300<br>Chantilly, VA 20151-2219 | Settlement proceeds of PI Case Werba v. Bayer Healthcare, LLC - Case No. 15CV04930 per Court Order Dated February 24, 2017 [dkt 36] | 1142-000 | 125,000.00 | | 125,000.00 |
| 03/22/2017 | 51001 | Kimberly Werba<br>1690 Montclair Drive<br>Elgin, IL 60123 | Debtor's Exemption Allowed Per Court Order Dated February 24, 2017 [dkt 36] | 8100-002 | | 15,000.00 | 110,000.00 |
| 03/22/2017 | 51002 | Patrick M. Flaherty<br>Kinnally Flaherty Loran Krentz Hodge & Masur<br>2114 Deerpath Road<br>Aurora, 60506 | Co-special Counsel to Trustee Allowed Compensation per Court Order Dated February 24, 2017 [dkt 36] | 3210-600 | | 27,777.77 | 82,222.23 |
| 03/22/2017 | 51003 | Michael W. Clancy<br>255 38th Avenue<br>Suite G<br>Saint Charles, IL 60174 | Co-special Counsel to Trustee Allowed Compensation Per Court Order Dated February 24, 2017 [dkt 36] | 3210-600 | | 13,888.89 | 68,333.34 |
| 03/22/2017 | 51004 | Patrick M. Flaherty<br>Kinnally Flaherty Loran Krentz Hodge & Masur<br>2114 Deerpath Road<br>Aurora, 60506 | Co-special Counsel to Trustee<br>Allowed Reimbursement of Litigation Expenses Allowed Per Court Order Dated February 24, 2017 [dkt 36] | 3220-610 | | 12,064.98 | 56,268.36 |
| 04/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 47.16 | 56,221.20 |
| | | | Page Subtotals | | 125,000.00 | 68,778.80 | |

UST Form 101-7-TFR (5/1/2011) (Page 1)   **Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 15-30248 | |
| Case Name: | WERBA, MICHAEL S. | |
| | WERBA, KIMBERLY S. | |
| Taxpayer ID No: | **-***3695 | |
| For Period Ending: | 6/1/2017 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C Berg |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******5252 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 78.56 | 56,142.64 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 78.56 |
| | **COLUMN TOTALS** | 125,000.00 | 68,857.36 |
| | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | **SUBTOTALS** | 125,000.00 | 68,857.36 |
| | Less: Payments to Debtors | | 15,000.00 |
| | **Net** | 125,000.00 | 53,857.36 |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 125,000.00 |
| All Accounts Gross Disbursements: | 68,857.36 |
| All Accounts Net: | 56,142.64 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5252 Checking Account | 125,000.00 | 68,857.36 | |
| **Net Totals** | 125,000.00 | 68,857.36 | 56,142.64 |

UST Form 101-7-TFR (5/1/2011) (Page 2)                                                                                                                                   **Exhibit B**

Case: 15-30248
WERBA, MICHAEL S.
WERBA, KIMBERLY S.

Case 15-30248    Doc 41    Filed 06/30/17    Entered 06/30/17 13:40:21    Desc Main
                                    Document    Page 8 of 11

Elizabeth C Berg
CLAIMS REIGSTER
EXHIBIT C

Claims Bar Date: 01/04/16    Government Bar Date: 03/01/16

| Claim No. | Creditor | UTC | PAY SEQ. | Allowed | Paid to Date | Prop. Payment Prop. Interest | Total Proposed Payment | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Amount to Disburse | | 56,142.64 |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago IL 60602 | 2100-000<br>ADMIN | 100 | 8,750.00 | 0.00 | 8,750.00 | 8,750.00 | 47,392.64 |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago IL 60602 | 2200-000<br>ADMIN | 100 | 9.00 | 0.00 | 9.00 | 9.00 | 47,383.64 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago IL 60602 | 3110-000<br>ADMIN | 100 | 9,250.00 | 0.00 | 9,250.00 | 9,250.00 | 38,133.64 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago IL 60602 | 3120-000<br>ADMIN | 100 | 26.25 | 0.00 | 26.25 | 26.25 | 38,107.39 |
| | Michael W. Clancy<br>255 38th Avenue<br>Suite G<br>Saint Charles IL 60174 | 3210-600<br>ADMIN<br>co-special counsel fees awarded per order 2/24/17 [dkt 36] | 100 | 13,888.89 | 13,888.89 | 0.00 | 0.00 | 38,107.39 |
| | Patrick M. Flaherty<br>Kinnally Flaherty Loran Krentz<br>Hodge & Masur<br>2114 Deerpath Road<br>Aurora  60506 | 3210-600<br>ADMIN<br>co-special counsel fees awarded per order 2/24/17 [dkt 36] | 100 | 27,777.77 | 27,777.77 | 0.00 | 0.00 | 38,107.39 |
| | Patrick M. Flaherty<br>Kinnally Flaherty Loran Krentz<br>Hodge & Masur<br>2114 Deerpath Road<br>Aurora  60506 | 3220-610<br>ADMIN<br>co-special counsel expenses awarded per order 2/24/17 [dkt 36] | 100 | 12,064.98 | 12,064.98 | 0.00 | 0.00 | 38,107.39 |
| ADMINISTRATIVE TOTAL 100 % | | | | 71,766.89 | 53,731.64 | 18,035.25 | 18,035.25 | |
| 000002 | ASCENTIUM CAPITAL LLC<br>Carissa Martinez<br>POB 301593<br>Dallas  TX 75303 | 4110-000<br>SECURED<br>claim withdrawn 3/23/17 [dkt 40] | 400 | 0.00 | 0.00 | 0.00 | 0.00 | 38,107.39 |
| SECURED TOTAL 0.00 % | | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Kimberly Werba<br>1690 Montclair Drive<br>Elgin IL 60123 | 8100-000<br>EXEMPT<br>Debtor's exemption allowed and paid per order 2/24/17 [dkt 36] | 810 | 15,000.00 | 15,000.00 | 0.00 | 0.00 | 38,107.39 |
| 000001 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany  OH 43054-3025 | 7100-000<br>UNSEC | 710 | 13,369.67 | 0.00 | 2,485.31 | 2,485.31 | 35,622.08 |
| 000003 | ASCENTIUM CAPITAL LLC<br>Carissa Martinez<br>POB 301593<br>Dallas  TX 75303 | 7100-000<br>UNSEC<br>claim amended to unsecured and deficiency balance 3/21/17 (see attachment to amended claim ) | 710 | 52,870.67 | 0.00 | 9,828.21 | 9,828.21 | 25,793.87 |
| 000004 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte  NC 28272-1083 | 7100-000<br>UNSEC | 710 | 20,732.01 | 0.00 | 3,853.91 | 3,853.91 | 21,939.96 |
| 000005 | CITIBANK, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City  OK 73124-8840 | 7100-000<br>UNSEC | 710 | 15,105.69 | 0.00 | 2,808.02 | 2,808.02 | 19,131.94 |
| 000006 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami  FL 33131-1605 | 7100-000<br>UNSEC | 710 | 510.27 | 0.00 | 94.85 | 94.85 | 19,037.09 |

Case: 15-30248  
WERBA, MICHAEL S.  
WERBA, KIMBERLY S.

Case 15-30248    Doc 41    Filed 06/30/17    Entered 06/30/17 13:40:21    Desc Main
Document    Page 9 of 11

Elizabeth C Berg  
PROPOSED DISTRIBUTION

| Claim No. | Creditor | UTC | PAY SEQ. | Allowed | Paid to Date | Prop. Payment Prop. Interest | Total Proposed Payment | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 000007 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami  FL 33131-1605 | 7100-000<br>UNSEC | 710 | 1,224.14 | 0.00 | 227.56 | 227.56 | 18,809.53 |
| 000008 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008 Greenville  SC 29602 | 7100-000<br>UNSEC | 710 | 1,776.18 | 0.00 | 330.18 | 330.18 | 18,479.35 |
| 000009 | CERASTES, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE  WA 98121 | 7100-000<br>UNSEC | 710 | 7,665.29 | 0.00 | 1,424.91 | 1,424.91 | 17,054.44 |
| 000010 | US Department of Education<br>Claims Filing Unit<br>P.O. Box 8973<br>Madison WI 53708-8973 | 7100-000<br>UNSEC<br><br>Government bar date 3/1/16. Claim is timely filed. | 710 | 12,419.22 | 0.00 | 2,308.63 | 2,308.63 | 14,745.81 |
| 000011 | US Department of Education<br>Claims Filing Unit<br>P.O. Box 8973<br>Madison WI 53708-8973 | 7100-000<br>UNSEC<br><br>Government bar date 3/1/16. Claim is timely filed. | 710 | 79,324.75 | 0.00 | 14,745.81 | 14,745.81 | 0.00 |

UNSECURED TOTAL   18.59 %                         204,997.89         0.00      38,107.39     38,107.39  
EXEMPTION TOTAL  100.00 %                          15,000.00    15,000.00          0.00          0.00

CASE TOTAL                                         291,764.78    68,731.64     56,142.64     56,142.64

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   15-30248
Case Name:   WERBA, MICHAEL S.
             WERBA, KIMBERLY S.
Trustee Name:   Elizabeth C Berg

Balance on Hand $56,142.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | ASCENTIUM CAPITAL LLC | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00
Remaining Balance $ 56,142.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:   Elizabeth C. Berg, Trustee | $ 8,750.00 | $ 0.00 | $ 8,750.00 |
| Trustee, Expenses:   Elizabeth C. Berg, Trustee | $ 9.00 | $ 0.00 | $ 9.00 |
| Attorney for Trustee, Fees:  Baldi Berg, Ltd. | $ 9,250.00 | $ 0.00 | $ 9,250.00 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd. | $ 26.25 | $ 0.00 | $ 26.25 |
| Other:  Michael W. Clancy | $ 13,888.89 | $ 13,888.89 | $ 0.00 |
| Other:  Patrick M. Flaherty | $ 27,777.77 | $ 27,777.77 | $ 0.00 |
| Other:  Patrick M. Flaherty | $ 12,064.98 | $ 12,064.98 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 18,035.25
Remaining Balance $ 38,107.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable

UST Form 101-7-TFR (5/1/2011) Page 3

withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $204,997.89 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.6 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 13,369.67 | $ 0.00 | $ 2,485.31 |
| 000003 | ASCENTIUM CAPITAL LLC | $ 52,870.67 | $ 0.00 | $ 9,828.21 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $ 20,732.01 | $ 0.00 | $ 3,853.91 |
| 000005 | CITIBANK, N.A. | $ 15,105.69 | $ 0.00 | $ 2,808.02 |
| 000006 | CAPITAL RECOVERY V, LLC | $ 510.27 | $ 0.00 | $ 94.85 |
| 000007 | CAPITAL RECOVERY V, LLC | $ 1,224.14 | $ 0.00 | $ 227.56 |
| 000008 | PYOD, LLC ITS SUCCESSORS AND | $ 1,776.18 | $ 0.00 | $ 330.18 |
| 000009 | CERASTES, LLC | $ 7,665.29 | $ 0.00 | $ 1,424.91 |
| 000010 | US Department of Education | $ 12,419.22 | $ 0.00 | $ 2,308.63 |
| 000011 | US Department of Education | $ 79,324.75 | $ 0.00 | $ 14,745.81 |

Total to be paid to timely general unsecured creditors     $ 38,107.39

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE