UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
WERBA, MICHAEL S.  
WERBA, KIMBERLY S.  
§  
§  
§  
§  
§  
Debtor(s)  

Case No. 15-30248

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $342,500.00 (Without deducting any secured claims) | Assets Exempt: $142,011.54 |
| Total Distributions to Claimants: $38,107.39 | Claims Discharged Without Payment: $197,279.37 |
| Total Expenses of Administration: $71,892.61 | |

3) Total gross receipts of $125,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $15,000.00 (see **Exhibit 2**), yielded net receipts of $110,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $340,804.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $71,892.61 | $71,892.61 | $71,892.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $256,303.25 | $204,997.89 | $204,997.89 | $38,107.39 |
| **TOTAL DISBURSEMENTS** | $597,107.25 | $276,890.50 | $276,890.50 | $110,000.00 |

4) This case was originally filed under chapter 7 on 09/03/2015. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :  09/21/2017                              By :  /s/ Elizabeth C Berg
                                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| PI Claim | 1142-000 | $125,000.00 |
| **TOTAL GROSS RECEIPTS** | | $125,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Kimberly Werba | | 8100-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $15,000.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00000 | ASCENTIUM CAPITAL LLC | 4110-000 | $8,760.00 | $0.00 | $0.00 | $0.00 |
| | Seterus | | $261,520.00 | NA | NA | $0.00 |
| | BMO Harris | | $6,390.00 | NA | NA | $0.00 |
| | Sun Trust Mortgage | | $64,134.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $340,804.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Patrick M. Flaherty | 3220-610 | NA | $12,064.98 | $12,064.98 | $12,064.98 |
| Michael W. Clancy | 3210-600 | NA | $13,888.89 | $13,888.89 | $13,888.89 |
| Baldi Berg, Ltd. | 3120-000 | NA | $26.25 | $26.25 | $26.25 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $8,750.00 | $8,750.00 | $8,750.00 |
| Baldi Berg, Ltd. | 3110-000 | NA | $9,250.00 | $9,250.00 | $9,250.00 |
| Patrick M. Flaherty | 3210-600 | NA | $27,777.77 | $27,777.77 | $27,777.77 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $9.00 | $9.00 | $9.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Texas Capital Bank | 2600-000 | NA | $125.72 | $125.72 | $125.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $71,892.61 | $71,892.61 | $71,892.61 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | US Department of Education | 7100-000 | $72,030.23 | $79,324.75 | $79,324.75 | $14,745.81 |
| 000010 | US Department of Education | 7100-000 | $6,217.74 | $12,419.22 | $12,419.22 | $2,308.63 |
| 000009 | CERASTES, LLC | 7100-000 | NA | $7,665.29 | $7,665.29 | $1,424.91 |
| 000008 | PYOD, LLC ITS SUCCESSORS AND | 7100-000 | $1,638.87 | $1,776.18 | $1,776.18 | $330.18 |
| 000007 | CAPITAL RECOVERY V, LLC | 7100-000 | $1,224.14 | $1,224.14 | $1,224.14 | $227.56 |
| 000006 | CAPITAL RECOVERY V, LLC | 7100-000 | $510.27 | $510.27 | $510.27 | $94.85 |
| 000005 | CITIBANK, N.A. | 7100-000 | $15,105.69 | $15,105.69 | $15,105.69 | $2,808.02 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | $20,707.01 | $20,732.01 | $20,732.01 | $3,853.91 |
| 000003 | ASCENTIUM CAPITAL LLC | 7100-000 | $95,370.00 | $52,870.67 | $52,870.67 | $9,828.21 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | 7100-000 | $13,110.43 | $13,369.67 | $13,369.67 | $2,485.31 |
| | Bank of America | | $7,812.74 | NA | NA | $0.00 |
| | Cabela's Visa Car | | $574.18 | NA | NA | $0.00 |
| | Car Care/Synchrony Bank | | $1,224.14 | NA | NA | $0.00 |
| | Cardmember Service | | $10,030.90 | NA | NA | $0.00 |
| | Cardmemer Service | | $2,095.24 | NA | NA | $0.00 |
| | Comenity/Carson's | | $213.14 | NA | NA | $0.00 |
| | Dick's Sporting Goods | | $410.46 | NA | NA | $0.00 |
| | JC Penney | | $91.54 | NA | NA | $0.00 |
| | Kohl's | | $4.30 | NA | NA | $0.00 |
| | Nordstrom Bank | | $386.87 | NA | NA | $0.00 |
| | Union Plus Credit Card | | $7,545.36 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $256,303.25 | $204,997.89 | $204,997.89 | $38,107.39 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| Case No: 15-30248 | Trustee Name: Elizabeth C Berg |
| Case Name: WERBA, MICHAEL S. | Date Filed (f) or Converted (c): 09/03/2015 (f) |
| WERBA, KIMBERLY S. | 341(a) Meeting Date: 09/28/2015 |
| For Period Ending: 09/21/2017 | Claims Bar Date: 01/04/2016 |

Judge: Janet S. Baer

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Single family residence 1690 Montclair Drive Elgin | 270,000.00 | 0.00 | OA | 0.00 | FA |
| 2. First American Bank (business checking) | 700.00 | 0.00 | | 0.00 | FA |
| 3. First American Bank (personal checking) | 300.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 200.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 6. Fidelity 401k (rollover) | 40,049.05 | 0.00 | | 0.00 | FA |
| 7. Fidelity - Cadence Health Matched Savings Plan | 39,220.49 | 0.00 | | 0.00 | FA |
| 8. Fidelity Cadence Health Retirement Plan | 4,942.00 | 0.00 | | 0.00 | FA |
| 9. MW Trucking Enterprise, Inc. (100% of shares) | 500.00 | 0.00 | | 0.00 | FA |
| 10. PI Claim | Unknown | 110,000.00 | | 125,000.00 | FA |
| 11. Worker's comp claim | Unknown | 0.00 | | 0.00 | FA |
| 12. 2011 Hyundai Sonata | 9,100.00 | 0.00 | | 0.00 | FA |
| 13. 2000 Acura TL | 2,100.00 | 0.00 | | 0.00 | FA |
| 14. 2004 Honda Pilot | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. 24' straight truck - Freightliner | 15,000.00 | 0.00 | | 0.00 | FA |
| 16. Two International 24' straight truck One Freightli | 85,000.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 15-30248 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: WERBA, MICHAEL S. | | Date Filed (f) or Converted (c): 09/03/2015 (f) |
| WERBA, KIMBERLY S. | | 341(a) Meeting Date: 09/28/2015 |
| For Period Ending: 09/21/2017 | | Claims Bar Date: 01/04/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 469,511.54 | 110,000.00 | | 125,000.00 | 0.00 |

Re Prop. #1   Trustee compelled to abandon per order 3/10/17 [dkt 39]
Re Prop. #10   Kimberly Werba vs Bayer Healthcare LLC 2015 CV 04930 (personal injury).  Pursuant to this Court's order dated 2/24/17 [dkt 36], Trustee settled the PI claim.
(Trustee did not initially list an estimated trustee value because this asset was subject to a lawsuit and trustee believed listing an estimated value could adversely effect or otherwise impact the litigation).
Re Prop. #11   Kimberly Werba vs Cadence Hospital 13 WC 022921 (workers' comp)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**July 3, 2017:  TFR filed and set for hearing**

**May 31, 2017:**  Trustee did not believe that Mr. Werba's claimed exemption in the PI Case was valid and notified Debtors' counsel regarding same.  On February 7, 2017, Debtors amended their exemptions to remove Mr. Werba's claimed exemption in the PI Case.  Trustee settled the PI Case and was authorized to pay Mrs. Werba's allowed exemption as well as co-special counsel fees and expenses pursuant to this Court's order dated 2/27/17 [dkt 36].  Trustee reviewed the claims filed against the Estate and resolved all claims issues without the need for any formal claim objections.  Trustee consulted with an accountant to confirm the Estate was not obligated to file a tax return.  Trustee prepared her TFR.

**October 6, 2016:**  Trustee continues to monitor PI Case.  A court ordered settlement conference is scheduled for 10/12/16.

**July 5, 2016:**  Trustee continues to monitor PI Case.

**January 26, 2016:** Trustee retained special counsel and added herself as additional plaintiff in order

**September 30, 2015:** Debtor filed case in federal court for damages as a result of personal injuries ("PI Case")  upon Trustee's investigation, the PI Case is of value to the Estate.  Trustee is retaining special counsel to represent the Estate's interest in the PI Case.  Trustee is also investigating the Debtor's financial affairs and assets to identify other potential assets of value the claims bar date has been fixed as January 4, 2016.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-30248 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| Case Name: | WERBA, MICHAEL S. | | | Date Filed (f) or Converted (c): | 09/03/2015 (f) |
| | WERBA, KIMBERLY S. | | | 341(a) Meeting Date: | 09/28/2015 |
| For Period Ending: | 09/21/2017 | | | Claims Bar Date: | 01/04/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR):** 12/31/2017      **Current Projected Date of Final Report(TFR):** 12/31/2017

**Trustee's Signature**   /s/Elizabeth C Berg       **Date:** 09/21/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-30248 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | WERBA, MICHAEL S. | | Bank Name: | Texas Capital Bank |
| | WERBA, KIMBERLY S. | | Account Number/CD#: | ******5252 Checking Account |
| Taxpayer ID No: | **-***3695 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/21/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/21/2017 | [10] | Medmarc Casualty Insurance Co.<br>14280 Park Meadows Drive, Ste. 300<br>Chantilly, VA 20151-2219 | Settlement proceeds of PI Case Werba v. Bayer Healthcare, LLC - Case No. 15CV04930 per Court Order Dated February 24, 2017 [dkt 36] | 1142-000 | 125,000.00 | | 125,000.00 |
| 03/22/2017 | 51001 | Kimberly Werba<br>1690 Montclair Drive<br>Elgin, IL 60123 | Debtor's Exemption Allowed Per Court Order Dated February 24, 2017 [dkt 36] | 8100-002 | | 15,000.00 | 110,000.00 |
| 03/22/2017 | 51002 | Patrick M. Flaherty<br>Kinnally Flaherty Loran Krentz Hodge & Masur<br>2114 Deerpath Road<br>Aurora, 60506 | Co-special Counsel to Trustee Allowed Compensation per Court Order Dated February 24, 2017 [dkt 36] | 3210-600 | | 27,777.77 | 82,222.23 |
| 03/22/2017 | 51003 | Michael W. Clancy<br>255 38th Avenue<br>Suite G<br>Saint Charles, IL 60174 | Co-special Counsel to Trustee Allowed Compensation Per Court Order Dated February 24, 2017 [dkt 36] | 3210-600 | | 13,888.89 | 68,333.34 |
| 03/22/2017 | 51004 | Patrick M. Flaherty<br>Kinnally Flaherty Loran Krentz Hodge & Masur<br>2114 Deerpath Road<br>Aurora, 60506 | Co-special Counsel to Trustee<br>Allowed Reimbursement of Litigation Expenses Allowed Per Court Order Dated February 24, 2017 [dkt 36] | 3220-610 | | 12,064.98 | 56,268.36 |
| 04/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 47.16 | 56,221.20 |
| | | | Page Subtotals | | 125,000.00 | 68,778.80 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-30248 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | WERBA, MICHAEL S. | | Bank Name: | Texas Capital Bank |
| | WERBA, KIMBERLY S. | | Account Number/CD#: | ******5252 Checking Account |
| Taxpayer ID No: | **-***3695 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/21/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 78.56 | 56,142.64 |
| 08/14/2017 | 51005 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | TR Final Compensation | 2100-000 | | 8,750.00 | 47,392.64 |
| 08/14/2017 | 51006 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | TR reimbursement of expenses | 2200-000 | | 9.00 | 47,383.64 |
| 08/14/2017 | 51007 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | TR Bankruptcy Counsel - Final Comp | 3110-000 | | 9,250.00 | 38,133.64 |
| 08/14/2017 | 51008 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | TR Attorneys reimbursement of expenses | 3120-000 | | 26.25 | 38,107.39 |
| 08/14/2017 | 51009 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany , OH 43054-3025 | Disb of 18.59% to Claim #000001 | 7100-000 | | 2,485.31 | 35,622.08 |
| | | | Page Subtotals | | 0.00 | 20,599.12 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-30248 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | WERBA, MICHAEL S. | | Bank Name: | Texas Capital Bank |
| | WERBA, KIMBERLY S. | | Account Number/CD#: | ******5252 Checking Account |
| Taxpayer ID No: | **-***3695 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/21/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/14/2017 | 51010 | ASCENTIUM CAPITAL LLC<br>Carissa Martinez<br>POB 301593<br>Dallas , TX 75303 | Disb of 18.59% to Claim #000003 | 7100-000 | | 9,828.21 | 25,793.87 |
| 08/14/2017 | 51011 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte , NC 28272-1083 | Disb of 18.59% to Claim #000004 | 7100-000 | | 3,853.91 | 21,939.96 |
| 08/14/2017 | 51012 | CITIBANK, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City , OK 73124-8840 | Disb of 18.59% to Claim #000005 | 7100-000 | | 2,808.02 | 19,131.94 |
| 08/14/2017 | 51013 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami , FL 33131-1605 | Disb of 18.59% to Claim #000006 | 7100-000 | | 94.85 | 19,037.09 |
| 08/14/2017 | 51014 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami , FL 33131-1605 | Disb of 18.59% to Claim #000007 | 7100-000 | | 227.56 | 18,809.53 |
| | | | | Page Subtotals | 0.00 | 16,812.55 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-30248 | | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- | --- |
| Case Name: | WERBA, MICHAEL S. | | Bank Name: | Texas Capital Bank |
| | WERBA, KIMBERLY S. | | Account Number/CD#: | ******5252 Checking Account |
| Taxpayer ID No: | **-***3695 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/21/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/14/2017 | 51015 | PYOD, LLC ITS SUCCESSORS AND ASSIGN assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville , SC 29602 | Disb of 18.59% to Claim #000008 | 7100-000 | | 330.18 | 18,479.35 |
| 08/14/2017 | 51016 | CERASTES, LLC C O WEINSTEIN & RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE , WA 98121 | Disb of 18.59% to Claim #000009 | 7100-000 | | 1,424.91 | 17,054.44 |
| 08/14/2017 | 51017 | US Department of Education Claims Filing Unit P.O. Box 8973 Madison, WI 53708-8973 | Disb of 18.59% to Claim #000010 | 7100-000 | | 2,308.63 | 14,745.81 |
| 08/14/2017 | 51018 | US Department of Education Claims Filing Unit P.O. Box 8973 Madison, WI 53708-8973 | Disb of 18.59% to Claim #000011 | 7100-000 | | 14,745.81 | 0.00 |

| | | | | Page Subtotals | 0.00 | 18,809.53 | |

| | | | **COLUMN TOTALS** | 125,000.00 | 125,000.00 |
| --- | --- | --- | --- | --- | --- |
| | | | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | | | **SUBTOTALS** | 125,000.00 | 125,000.00 |
| | | | Less: Payments to Debtors | | 15,000.00 |
| | | | **Net** | 125,000.00 | 110,000.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-30248 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | WERBA, MICHAEL S. | Bank Name: | Texas Capital Bank |
| | WERBA, KIMBERLY S. | Account Number/CD#: | ******5252 Checking Account |
| Taxpayer ID No: | **-***3695 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/21/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | All Accounts Gross Receipts: | 125,000.00 | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| | All Accounts Gross Disbursements: | 125,000.00 | ******5252 Checking Account | 125,000.00 | 125,000.00 | |
| | All Accounts Net: | 0.00 | **Net Totals** | 125,000.00 | 125,000.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 13)   **Exhibit 9**